UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tiffany Davenport, et al.

        Plaintiff(s),

v.

Lockwood, Andrews, & Newnam, Inc., et al.

        Defendant(s).
        /

Case No. 5:16-cv-12875-JCO-MKM

Judge John Corbett O'Meara

Magistrate Judge Mona K. Majzoub

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Veolia Water North America Operating Services, LLC
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Veolia Environnement S.A.
   Relationship with Named Party: indirect parent

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☒     No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: Chubb Limited, Great American Insurance Group, AXA SA, XL Group Ltd., Talanx AG, Zurich Insurance Group AG, American International Group, Inc., Munich Re Group
   Nature of Financial Interest: insurer, excess insurer, primary insurer of indirect parent, and excess insurers of indirect parent, respectively

Date: September 20, 2016

/s/ Cheryl A. Bush
Signature

P37031
Bar No.

3001 W. Big Beaver Rd. Suite 600
Street Address

Troy, MI 48084
City, State, Zip Code

(248) 822-7800
Telephone Number

bush@bsplaw.com
Primary Email Address